## DIVIDENDS REMITTED TO THE COURT

Case Number 09-12874 - TISDEL, LESLIE M

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| THE ILLUMINATING CO.<br>ATTN: BANKRUPTCY<br>6896 MILLER ROAD<br>BRECKSVILLE, OH 44141<br>(8-1) electric service<br>ACCOUNT NO. 7743 | 000008 | 110.86 | 3.69 |
| ---------- Remittance Total --------------- | | 110.86 | 3.69 |

#108

_(signature)_
RICHARD A. BAUMGART, Trustee